INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
JUL - 6 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Otis Williams

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Fox 59

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:21-cv-1962 JMS-DLP
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## I. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

I'm being Threaten for my life so that fox 59 can keep my setlment money, They are sending people in to the mission to kill me for my 200,000,000 doller settlement.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual:
      The plaintiff, (name) Otis Williams, is a citizen of the State of (name) Indiana, OR is a citizen of (foreign nation) _____

   b. If the plaintiff is a corporation, partnership, or other entity:
      The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.
      Or is incorporated under the laws of (foreign nation) _____,
      and has its principal place of business in (name) _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

2. The Defendant(s)

   a. If the defendant is an individual:
      The defendant, (name)_____, is a citizen of the State of (name)_____, OR is a citizen of (foreign nation)_____.

   b. If the defendant is a corporation, partnership, or other entity:
      The defendant, (name) _Fox 59_____, is incorporated under the laws of the State of (name) _Indiana_____, and has its principal place of business in the State of (name) _Indiana_____.
      Or is incorporated under the laws of (foreign nation)_____,
      and has its principal place of business in (name) _Fox 69_____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _260,000,000_____

## II. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ~~Britt Baker~~ Otis Williams |
| Street Address | 1033 E. Washington In |
| City and County | Indianapolis America |
| State and Zip Code | Indiana 46202 |
| Telephone Number | (317) 507-5346 |
| E-mail Address | |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

- Name: Alia Blackburn
- Job or Title *(if known)*: 6910 Network Pl,
- Street Address:
- City and County: Indianapolis Amrieaa
- State and Zip Code: Indiana 46278
- Telephone Number: (317) 632-5900
- E-mail Address *(if known)*:

Defendant No. 2

- Name: Sherman Burdette
- Job or Title *(if known)*: 6910 Network Pl.
- Street Address:
- City and County: Indianapolis Amricca
- State and Zip Code: Indiana 46278
- Telephone Number: (317) 632-5900
- E-mail Address *(if known)*:

Defendant No. 3

- Name: Melissa Crash
- Job or Title *(if known)*: 6910 Network Pl.
- Street Address:
- City and County: Indianapolis Amrieca
- State and Zip Code: Indiana 46278
- Telephone Number: (317) 632-5900
- E-mail Address *(if known)*:

Defendant No 4. Courtney Crown
6910 Network Pl.
Indianapolis Amrieca
Indiana 46278
(317) 632-5900

Defendant No 5. Lindsey Eaton
6910 Network Pl.
Indianapolis 46278
(317) 632-5900

Defendant No 6. Beairshelle Edmé
6910 Network Pl.
Indianapolis Amrieca
Indiana 46278
(317) 632-5900

Defendant No 7. Angela Ganote
6910 Network Pl.
Indianapolis Amrieca
Indiana 46278
(317) 632-5900

Case 1:21-cv-01962-JMS-DLP   Document 1   Filed 07/06/21   Page 6 of 7 PageID #: 6

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was taking the governer to court for my inheritage but could not get around him so I reached out to Fox 59 News The hired a lawyer on my behalf ~~~~~~~~~~~~~~ The case was settle for 200,000,000 dollers. Fox 59 recevred the money forged my name to the settment and now is trying to take my life to keep it. Yesterday at 4:37 July 5. There where I'm currently staying was a man that came in to kill me, it is on tape vidio and auto someone said to him are you her to kill him for the governer he said no the new's sent me. The said well he maid a dill for his life to him so he desided not to go through with it. The settlement is for 200,000,000 dolleres and now I'm getting my life threaten for my own money.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like Them brought up on charges for threatning to take my life, well putting money up for my life my own money, I would like to receve my money in full do to the pain. suffring and continue delay.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July-6-2021

Signature of Plaintiff: Otis Williams